UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 02-10016-DPW
v. )
) COURT OF APPEALS NO. 03-2645
BRUCE ZISKIND )

MEMORANDUM AND ORDER
February 28, 2006

The defendant in this case, which is pending on appeal, is represented by counsel.  Nonetheless, he continues to submit motions in this court pro se.  As a general proposition, United States v. Mala, 7 F.3d 1058, 1061 (1st Cir. 1993), I am without jurisdiction to act on the defendant's several recently filed motions while his appeal is pending and consequently I decline to do so.

The Clerk is directed to terminate each of the following motions:

   # 189 - Motion to Compel filed 02/07/2006

   # 190 - Motion for Leave to File filed 02/22/2006

   # 191 - Motion for Leave to File filed 02/22/2006

   # 192 - Motion for New Trial filed 02/22/2006

together with the Government's Motion to Strike (#193) filed in response to defendant's recent pro se motion practice in this court.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE